IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. | : | |
| d/b/a IOU FINANCIAL, INC | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO. 1:19-cv-00198-LAG |
| | : | |
| NDL ACQUISITION, INC. | : | |
| A/K/A NORTHWOOD DENTAL LABS, | : | |
| CHRISTOPHER CHADD LADD, | : | |
| BRITNEY MARTIN LADD, | : | |
| RICHARD HOBBY LADD, | : | |
| SWIFT CREEK PARTNERS, LLC, | : | |
| RICHARD H. LADD FAMILY TRUST, LLC | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR VOLUNTARY DISMISSAL

Per Fed. R. Civ. P. 41, Plaintiff IOU seeks leave to voluntarily dismiss this case.

1. Plaintiff filed this suit on 11/8/19 [Doc 1] as to the current Defendants.

2. Plaintiff inadvertently named Defendants Richard Hobby Ladd, Swift Creek Partners, LLC and Richard H. Ladd Family Trust, LLC, which have similar names to parties to be joined, but which have no connection with this case, in which they have not appeared.

3. Plaintiff seeks to voluntarily dismiss the case and maintain its right to do so by stipulation per Fed. R. Civ. P. 41, subject to O.C.G.A. § 9-2-61 to ensure the unrelated parties are not referenced in this case, which Plaintiff will refile in an appropriate forum on correct parties.

4. Plaintiff respectfully that the Court dismiss the Case under Fed. R. Civ. P. 41, subject to O.C.G.A. § 9-2-61, per the Proposed Order attached as **Exhibit 1.**

## **CONCLUSION**

WHEREFORE, Plaintiff respectfully prays for the following relief:

(a) That the Court grant the Motion and dismiss this case, without waiver of Plaintiff's right to do so by stipulation per Fed. R. Civ. P. 41, subject to O.C.G.A. § 9-2-61.

(b) Grant all other just and proper relief.

Respectfully submitted this 8th day of January, 2020.

By: */s/Paul G. Wersant*
Paul G. Wersant
Georgia Bar No. 748341
3245 Peachtree Parkway, Suite D-245
Suwanee, Georgia 30024
Telephone: (678) 264-2358
Email: pwersant@gmail.com
Attorney for Plaintiff
File No. 11513